UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CLIFTON RIVERS,<br><br>    Plaintiff,<br><br>    v.<br><br>NICE RECOVERY SYSTEMS LLC; VANGUARD MEDICAL LLC; RHODE ISLAND FOOT CARE, INC.; DOUGLAS GLOD, D.P.M.; JOE DOE CORPORATION; & JOHN DOE,<br><br>    Defendants. | C.A. No. 1:21-cv-00367-MSM-PAS |

**JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Memo and Order of 3/152023

Enter:

/s/ Carrie L. Potter
Deputy Clerk

Dated: 3/15/2023